IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JORDY STUARD COREA SANCHEZ,<br><br>             Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.<br><br>             Respondents. | ORDER<br><br>Case 2:26-cv-516-TS-JCB<br><br>District Judge Ted Stewart |

The Court directs Respondents to file a declaration disclosing whether they intend to take Petitioner into custody as a result of the BIA's decision. The declaration must be filed on or before June 12, 2026.

DATED this 9th day of June, 2026.

BY THE COURT:

Ted Stewart
United States District Judge